

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2014

No. 04-14-00379-CV

**IN THE INTEREST OF A.L.G AND E.B.G.**, Children,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-05217
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

Appellant's brief was originally due on August 11, 2014. Appellant has been granted one extension of time in which to file the brief, until September 11, 2014. Neither the brief nor a motion for extension of time has been filed. Appellant is represented on appeal by retained counsel Mr. Beauregard Fiegel. It is therefore ORDERED that Mr. Fiegel file appellant's brief no later than October 10, 2014. If Mr. Fiegel fails to file the brief by this date or fails to reasonably explain the reason for his failure to do so, this appeal will be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a).

The Clerk of this court shall cause a copy of this order to be served on Mr. Fiegel by certified mail, return receipt requested, and by United States mail.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court